■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE GALLIANO, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed April 5, 1978, upon his conviction of criminal sale of a controlled substance in the second degree, upon his plea of guilty, the sentence being a term of imprisonment with a minimum of six years and a maximum of life. Sentence affirmed (see *Matter of McDonald v Sobel,* 272 App Div 455, affd 297 NY 679; *People v Broadie,* 37 NY2d 100, cert den 423 US 950). Damiani, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON JAMES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 24, 1977, convicting him of robbery in the second degree (two counts) and assault in the second degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of assault in the second degree and the sentence imposed thereon, and said count is dismissed. As so modified, judgment affirmed. As the District Attorney concedes in his brief, assault in the second degree is, on the facts presented in the instant record, a lesser inclusory count of robbery in the second degree. Accordingly, the assault conviction must be reversed and said count must be dismissed. We find no merit to defendant's contention concerning the identification testimony. The People demonstrated, by clear and convincing evidence, that the courtroom identification by the complaining witness was based upon her observations of the defendant independent of the unlawful showup (see *People v Ballott,* 20 NY2d 600). Lazer, J. P., Rabin, Gulotta and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER McINTOSH, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Dutchess County, imposed July 3, 1975, the sentence being an indeterminate term of imprisonment with a maximum of three years. Appeal dismissed. The maximum term of defendant's sentence has expired. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.